# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

    -vs-                                                  Case No. 11-CR-255

**LAMAR JOHNSON,**

    Defendant.

# DECISION AND ORDER

On June 17, 2015, based on the submissions of the parties, the Court reduced Defendant Lamar Johnson's (Johnson) sentence from 84 months to 78 months. In reaching this conclusion the Court adopted the rationale submitted in the Government's brief supporting that reduction, and it relies on that rationale to deny Johnson's subsequent request for a reduction to 65 months.

**IT IS HEREBY ORDERED THAT:**

Johnson's request for a reduction of sentence to 65 months (ECF No. 50) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 13th day of July, 2015.

                                                       **BY THE COURT:**

                                                       _____

                                                       **HON. RUDOLPH T. RANDA**
                                                       **U.S. District Judge**